**CIVIL RIGHTS COMPLAINT**
**42 U.S.C. § 1983**



F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 2 8 2022 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

Jesus F. Flores  768-026 / 91138-053
Full name of plaintiff/prisoner ID#

Plaintiff,

-against-

Lt. Faison, C/o. Adams
C/o. Hawkins, C/o. Duncan
Lt. Arrant
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.

-------------------------------------------------------x

**CV-22 1358**

JURY DEMAND
YES **X**      NO _____

**AZRACK, J.**

**SHIELDS, M.J.**

I.      Previous Lawsuits:

A.      Have you begun other lawsuits in state or federal court
dealing with the same facts involved in this action or
otherwise relating to your imprisonment?  Yes ( )  No (**X**)

B.      If your answer to A is yes, describe each lawsuit in the space below
(If there is more than one lawsuit, describe the additional lawsuits
on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs:      _____
                 _____

Defendants:      _____
                 _____

2. Court (if federal court, name the district;
   if state court, name the county)

_____

3. Docket Number: _____

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II.     Place of Present Confinement: S.C.C.F   110 Center drive , Riverhead, NY, 11901

    A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (X)   No ( )

    C. If your answer is YES,

        1. What steps did you take? Bp-8  Bp-9 , Bp-10, Bp-11 in the Federal System/ P.O. Box 1000, Petersburg, V.A., 23804 [Address] Prison: Petersburg FCC / Federal # 91128·053

        2. What was the result? I was told I can file for Compensation

    D. If your answer is NO, explain why not _____

_____

    E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( )   No (X)

    F. If your answer is YES,

        1. What steps did you take? _____

_____

_____

        2. What was the result? _____

_____

III.   Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff   Jesus F. Flores   #768-026/91128-053

Address   S.C.C.F   110 Center drive   Riverhead NY 11901

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1        MR. Faison   Job Title:(Federal Lieutenant officer) Petersburg F.C.C. (MED) P.O. Box 1000, Petersburg, V.A., 23804

Defendant No. 2        Mr. Hawkins   Job Title: (Federal Correctional officer) Petersburg F.C.C. (MED) P.O. Box 1000, Petersburg, V.A., 23804

Defendant No. 3        Mr. Adams   Job title:(Federal Correctional Officer) Petersburg F.C.C. (MED) P.O. Box 1000, Petersburg, V.A., 23804

Defendant No. 4        Mr. Duncan   Job Title: (Federal Correctional officer) Petersburg F.C.C (MED) P.O. Box 1000, Petersburg, V.A., 23804

Defendant No. 5        Mr. Arrant   Job Title:(Federal Lieutenant officer) Petersburg F.C.C. (MED) P.O. Box 1000, Petersburg, V.A., 23804

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.     Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need not give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

See Attachments # 1 -

IV.A     If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

See Attachments # 1 -

V.    Relief:

State what relief you are seeking if you prevail on your complaint.

I want Compensation of $ 1,000,000.00

---

I declare under penalty of perjury that on February, 15th, 2022, I delivered this
                                            (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this 15th day of February, 20 22. I declare under penalty of

perjury that the foregoing is true and correct.

Sworn to (or affirmed) and subscribed before me
this 16 day of Feb, 20 22

Notary Public's Signature

M. MARIE KRAFT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KR6400218
Qualified in Suffolk County
My Commission Expires 11-12-2023

Jesus Flores
Signature of Plaintiff    Riverhead

Suffolk County Correctional Facility
Name of Prison Facility

S.C.C.F

110 Center drive

River head NY 11901
Address

768-026 / 91128-053
Prisoner ID#    / Federal ID #

5

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Flores, Jesus, F | 91128-053 | D-N/S.H.U | FCC Petersburg (MED) |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** On or about the date 01/23/2020 at approximately between 7:30 AM to 10:00 AM in special housing area S.H.U range-C several C/O's and the L.T. were doing a shake down. C/O Hawkins and other C/O's came to C-219 and told me and my celly (Paul Azure #12191-058) to cuff up which we complied without Hesitation. As I am getting cuffed by C/O Hawkins he calls me a bitch ass child molester and says I am pussy and ain't gonna do shit. As Azure and myself are walking down range-C which can be seen on C-range Camera C/O Hawkins is insulting me and is still insulting me with words and saying I failed to register as a s/o in front of inmates. When we got off the range there is a railing which I was shoved against and nearly pushed over and told the same insults from before and threaten by C/O Hawkins saying he gonna fuck me up. No reason after that I get dragged down the steps. C/O Hawkins then shoved me into the rec door frame multiple times saying I am a bitch. C/O Prince tightens the cuffs cutting the blood off to my hands. I am put on the wall of the rec yard by several C/O's and L.T. Arias then dragged out of rec ~~my neck and almost breaking~~ yard slammed into a wall again by two other C/O's twisting my neck and almost breaking my left thumb in the process of putting me in holding tank ~~when~~ I told another L.T. about this and they joked on matter saying I ain't 10 year old like you or like him. I was kept in a holding tank with cuffs tighten for a hour and half. My wrist are bruised and my face hurt from being shoved into the wall and I have pain in my neck, back and left thumb. C/O Hawkins continued to insult me in front of the L.T.'s and psychologist and no said nothing. This matter needs to be dealt with from higher up's, this is all on the cameras in S.H.U. I was harassed and assaulted by guards who should protect us.

| 01/29/2020 | Jesus Flores |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

Received
FEB 03 2020
Mid-Atlantic Regional Office

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: 1002180-R1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

| | |
|---|---|
| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

PRINTED ON RECYCLED PAPER

BP-
APF

USP LVN

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Flores, Jesus, F     91128-053    D-North/5th
     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** On date 01/23/2020 at approximately 7:00 AM to 10:00 AM in special housing area SHU range C Several C/o's and L.T were doing a shake down. C/o Hawkins and others to came to C-219 and told me and my Celly (Paul Azaret 12191-053) to cuff up which we comply without hestitation. As I am getting cuff by C/o Hawkins he calls me a bitch ass child molester and says, I am pussy and ain't gonna do shit. As me and Azore are walking down range C which can be seen on Camera C/o Hawkins Holding me and still insulting me words and saying I failed to register case to to in front of inmates When we get off the range there is a ceilling which I was shoved against and really push over and told the same insultes from before and threaten by C/o Hawkins saying he gonna fuck me up for no reason after that I get dragged down the steps. C/o Hawkins then shoves me into rec door came multiple times saying I am a bitch. C/o police tightens the cuffs cutting the blood off to my hand, I am put on the wall of rec yard by several C/o's and L.T Arms then dragged out of rec yard slammed into wall again by two other C/o's twisting my neck and almost breaking my left thumb in process of putting me in holding tank. I told other L.T about this and they joked on matter saying I ain't 10 years old like you like them, I was kept in holding tank with cuffs, tighten for hour and half. My wrist are bruised my face hurt from being shoved into the wall and I have pain in my neck, back, and Left thumb. C/o Hawkins continued to insult me in front of L.T and psychologist and no one said nothing. This matter needs to be dealt with from higher up's this is all in Camera. I was harassed and assaulted by guards who should protect unless otherwise. thank you. ONE Attachment (witness Paul Azore #12191-053)

                                            *Jesus Flores*
_____                       _____
        DATE                            SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                      _____
        DATE                            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**            CASE NUMBER: _____

                                    CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                      _____
        DATE                            RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN           PRINTED ON RECYCLED PAPER           BP–229(13)
                                                  APRIL 1982

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Flores, Jesus, F**   91128-053   D-N/S.H.U.   Petersburg/F.C.C. (MED) V.A.

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** On or about the date 01/13/2020 at approximately between 7:00 AM to 9:00 AM in Special housing area S.H.U. range C Several C/o's and L.T. were doing a Shake down to Hawkins and other C/o's Came to C-219 and told me and my Celly (Paul Azure #13131-053) to cuff up which we Complyed without heistation. As I am getting Cuffed by C/o Hawkins he calls me a bitch ass Child molester and says I am possy and ain't gonna do Shit. As Azure and myself are walking down range C which Can be seen on C-range Camera C/o Hawkins is holding me and is still insulting me with words and saying I failed to register as a c/o in front of inmates when we got off the range there is a railing which I was shoved against and nearly pushed over and told the same insults from before and threaten by C/o Hawkins saying he gonna "fuck me up" for No reason after that I get dragged down the steps. C/o Hawkins then shoved me into the rec door frame multiple times saying I am a bitch. C/o Prince tighten's the cuffs cutting the blood off to my hands I am put on the Wall of the rec yard by several C/o's and L.T Arias then dragged out the rec yard slamed into a wall again by two other c/o's twisting my neck and almost breaking my Left thumb in process of putting me in a holding tank. I told another L.T about this and they joked on matter saying I ain't 10 year old like you like them. I was kept in holding tank with Cuffs tighten for a hour and half. My wrist are brusied and my face hurt from being shoved into the wall and I have pain in my neck, back, and Left thumb. C/o Hawkins Continued to insult me in front of the L.T.'s and psychologist and no one said nothing. This matter need to be dealt with from higher up's. This is allon the cameras in the SHU I was harassed and assaulted by Guards who should protect us.

02/19/2020    Two Attachments    *Jesus Flores* (CC)
DATE    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____

DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: _____

CASE NUMBER: 1010023-F1

**Part C– RECEIPT**

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

4/20/2020
DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    BP–229(13)
APRIL 1982

PRINTED ON RECYCLED PAPER

On 1 date   01/23/2020  at approximately *or about the* *between* 7:00 AM to 10:00 AM  in special housing Area SHU ranger several c/o's and Lt. were doing a shake down C/O Hawkins and other C/O's came to C-219 and told me and my celly (Jesus Flores #91128-053) to cuff up which we comply without hesitation. As Flores is cuffing up C/O Hawkins call's Flores a bitch ass child molester and said he is a pussy and aint going to do shit. As ~~I~~ and ~~Flores~~ *Flores myself* was walking down the range. which can be seen on camera. C/O Hawkins is still insulting Flores with words and saying he failed to register as a s/o in front of inmates including myself. when we got off the range there is a railing which Flores was shoved *at* against and nearly pushed over and C/O Hawkins was still insulting Flores with words and C/O ~~Hawkins~~ threaten him, saying He was going to fuck him up while still being shoved Against the rail. Then C/O Hawkins dragged Flores down the steps, C/O Hawkins continued to insult Flores *and* then shoving Flores into the Rec door multiple times. Between all of this Flores was not being aggressive in any matter so there wasn't any reason for C/O Hawkins to assault Flores. His rights where violated. Then Flores was dragged by two C/O's to another holding tank after that I could hear Hawkins still saying he was a child molester. I was in the Rec cage and I didn't see or hear anything ~~else~~ *else*. This is unprofessional which makes me feel unsafe. These C/O's are here to protect you unless you gave them a reason not to which Flores never did *anything* so please make sure this doesn't happen in the ~~Near~~ future for ~~these~~ *other* inmates. we might be inmates but we have rights.
Thank you.                          Witness
                                    Paul Azpve
                                    #12141-059     western

On date 01/23/2020 at approximately 7:00 AM to 10:00 AM in Special housing area S.H.U. Range C several C/o's and the L.t. were doing a shake down. C/o Hawkins and other C/o's came to C-219 and told me and my Celly (Paul Azure #12191-059) to cuff up which we complyed without hestation. As I am getting cuff by C/o Hawkins he calls me a bitch ass child molester and says I am pussy and ain't gonna do shit. As me and Azure MYSELF are walking down Range C which can be seen on Camera C-range C/o Hawkins is holding me and still insulting me with words and saying I failed to register as a s/o in front of inmates. When we got off the range there is a railing which I was shoved against and nearly push over and told the Same insult's from before and threaten by C/o Hawkins saying he gonna fuck me up for no reason after that I get dragged down the steps. C/o Hawkins then shoved me into the rec door frame multiple times saying I am a bitch. C/o Prince tighten's the cuffs cutting the blood off to my hands. I am put on the wall of the rec yard by several C/o's and L.T. Arias then dragged out of rec yard slamed into a wall again by two other C/o's twisting my neck and almost breaking my Left thumb in the process of putting me in a holding tank. I told ANOTHER other L.T. about this and they joked on matter saying I ain't 10 years old like you I like them. I was kept in holding tank with cuff's tighten for a hour and half. My wrist are brusied my face hurt from being shoved into the wall and I have pain in my Left thumb. C/o Hawkins Continued to insult me in front of Lt's and psychologist and no one said nothing. This matter needs to be dealt with from higher up's. This is all on the Cameras I was harrased and assaulted by guards who should protect unless otherwise. US.

*Jesus Flares*

Could write A.9 on the C/o and psychologist. Also Get MEDICAL To Do A Assessment on You For Your Hurts & Pains.

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Flores, Jesus Felipe** | **91128-053** | D-N/S.H.U. (MED) | Petersburg/F.C.I.
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A– INMATE REQUEST** On or about 03/18/2020 at approximately between 8:30 AM to 9:00 AM in Special housing area (S.H.U.) Range-C. c/o Perry Came to my Cell and knock's on door telling me to take Clothing line down but since I didn't rush to do so he opens the slot, I walk to the door and he try's grabbing me thru the food slot, I jump back so he Can't grab me. He is on C-range on Camera doing so. Then he says "Wait till the morning when I serve you your food. Does this mean he gonna do Something to my food. (That what it means). Then Saying "You lucky you don't go outside You bitch". Then Saying he gonna Check the Computer to see what my Charges are. Now these are seasons why I dont go outside. I fear for my life from the c/o's Instead of me being protected I am being threaten, harrassed, and Today was attempt assault and the others. This Continues to happen in the S.H.U. These c/o's shouldn't be inviting you to fight or argue. And they should be Keeping the peace. This is the Second time this happened I keep copies of all incidents that occur and will be filing a suit. what will it take for the higher ups to do Something and stop this me hurt or maybe dead by c/o's Please Freeze Camera on hour and date.

03/18/2020 | 1 Attachment | *Jesus Flores* | witness Johnny Allen
DATE | | SIGNATURE OF REQUESTER | #____-___

**Part B– RESPONSE**

_____ | _____
DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE** | CASE NUMBER: _____

| CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

3/23/20 | _____
DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Flores, Jesus, Felipe     91128-053     D-N/S.H.U.     Petersburg/F.C.I.
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST** On or about 03/18/2020 at approximately between 8:30 AM to 9:00 in Special housing area (S.H.U) range-C C/o perry Came to my Cell and Knocks on door telling me to take mine down. but Since I didn't rush to do so he open the Slot and start grabbing me thru the food Slot *I jump back so he can't so grange* he is on Camera doing so. Then he Says "wait till morning time when I ~~serve me~~ serve your your food" then saying "he gonna go check the Computer to see why I am here" This is attempt assault and harrassment, This Continue's to happen in the S.H.U. ~~these~~ ~~mattings~~ these c/o's should not be insiting you to fight or acquer And they should be keeping the peace, I continue to get harrassed by C/o Hawkins everytime he ~~says~~

03/18/2020 _____
DATE     SIGNATURE OF REQUESTER

**Part B– RESPONSE**

*"You lucky you don't go outside you a bitch", Now these are ~~another~~ reason why I don't go outside I fear for my life from C/o's instead of me being protected I am being threaten, ~~assulat~~ assault, harrassed, by ~~pepe~~ I should be protected

*Does this mean he do something to My food

_____ _____
DATE     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**     CASE NUMBER: _____

    CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____ _____
DATE     RECIPIENT'S SIGNATURE (STAFF MEMBER)

PRINTED ON RECYCLED PAPER

BP–229(13)
APRIL 1982

LVN

# Appeal BP-10

03/18/20

I recieved a rejection letter which states that my BP-229(13) isn't sensitive. I think it is for multiple reasons. As well upon recieving this letter the Administrative remedy Coordinator in Petersburg MED FCI are not properly giving me my BP-229 (13) with the rejection letter so I can write an appeal when getting a rejection letter it should be with your BP-229 (13) back so you can file an appeal. The reason why I think this is sensitive is because the correction officers shouldn't have the right to know what you write about. Also since these correction officers already know I have written them up they have been retaliating against me. My family hasn't been getting my mail. They come to my cell even more now. Saying I'm snitching on them and still saying I am a sex offender. Telling other inmates about me and my charge. Calling me a bitch and insisting me to argue with them or to provoke me to fight with them. This is why it should be sensitive because these correction officers can lose there jobs behind it and I can be hurt or dead behind writing them up. So claiming it's assault by staff so how isn't that sensitive. I see they don't want this to go no where by Not sending my BP-229 (13) with rejection letter. Also I recieve my rejection letter late. You see I have kept copies of everything I have written for this reason. I knew to take the right steps because I knew there will be a compromise in the system. There's alot illegal stuff that correction officers do that they get away with. I could only speak for myself. So I ask please make sure this gets taken care of and get accepted for my safety and for future inmates

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.* (MED)

From: Flores, Jesus, Felipe    91123-053    D-N/S.HU  Petersburg/F.c.c
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** My funds on my account are frozen, I have finished my restriction on March 25th 2020 for my Shots. Also finished my d/s time March 5th 2020. I do not have money to buy Medication, Stamps etc on Commissary do to my money being frozen. I Cant write my lawyer or family ner Call them by phone. I do not have access to my money which I should. I finished all d/s time and Restrictions on shots. I wrote bp-8 about issue didnt recieve nothing back or get problem solved. My rights are being violated there should be a time limit on how long your money should be frozen or should be a alternate so I Can write my lawyer and family or Call if the prison (F.C.C. Petersburg)(MED) is gonna keep my money freeze. My money still froze I Cant buy Stamp or transfer money to phone. I feel like this is to RETALATION for writting the officers and the prison up. They are try to Stop me from getting things out.

04/02/2020                                    Jesus Flores
DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                    _____
DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: _____

                                    CASE NUMBER: 1019329-F1

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

4/15/2020
DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)


*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Flores, Jesus, Felipe    91125-053    D-N/SHU    Petersburg (cc...)
    **LAST NAME, FIRST, MIDDLE INITIAL**    **REG. NO.**    **UNIT**    **INSTITUTION**

**Part A– INMATE REQUEST** I got off of d/s time March 5th 2020. I was told by Ms. Carmona and Ms. Bryant that my paperwork to be transferred will take up to 2 weeks to be emailed to Grand Prairie. It's been over a month and my transfer hasn't still been sent to Grand Prairie. At first they told me that my transfer was in already. I found out on the Status Sheets that it hasn't even been put in still. They keep telling me that there working on it every week. It shouldn't take over a month to put in the paper work. I know because I've asked every unit manager/Case Manager that passes by and explained the issue, even spoke to two A.W.'s about it. I wrote two bp-8's, I haven't recieved no answers and still havent been resolved. I am figuring Grand Prairie will deny me do to me being a short time here and my MGTV is for lesser Sec and hasn't been taken. I been in the SHU, little less then 3 months now. I just want my paperwork to be in already even if I get denied so they can keep re-submitting it. I feel like there trying make my time drag out in the S.H.U. I am suffering in the SHU with no d/s time and cant get Shipped to my Spot. Every time I try and talking to Ms. Carmona She walks off on me. I shouldn't have to write this up so people will do there JOB!!
    Have Copies!!

04/08/20    ONE Attachment  1    *Jesus Flores*
**DATE**                                 **SIGNATURE OF REQUESTER**

**Part B– RESPONSE**

 

DATE                                      **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**        CASE NUMBER: _____

                                  CASE NUMBER: 1011131-F1

**Part C– RECEIPT**

Return to: _____
        **LAST NAME, FIRST, MIDDLE INITIAL**    **REG. NO.**    **UNIT**    **INSTITUTION**

SUBJECT: _____

4/16/2020 _____
**DATE**                              **RECIPIENT'S SIGNATURE (STAFF MEMBER)**

USP LVN        PRINTED ON RECYCLED PAPER                        BP–229(13)
                                                                  APRIL 1982

(MED)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Flores, Jesus, Felipe    91128-053    D-N/S.H.U.    Petersburg/F.C.C.
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** I got off d/s time March 5th 2020. I was told by Ms. Carmona and Ms. Bryant that my paperwork to be transfered will take up to 2 weeks to be emailed to Grand Prairie. It's been over a month and my transfer hasn't still been sent to Grand Prairie. At first they told me that my transfer was in already. I found out on the ~~status~~ Status Sheet that it ~~hasn't~~ hasn't even been put in SHU. They keep telling me that there working on it every week. It shouldn't take over a month to put in the paperwork. I know because I've asked every unit manager/Case manager that passes by and explained the issue. ~~I spoke~~ I wrote two Bp-8's I haven't recieved no answers and still haven't been resolved. I am figuring Grand Prairie will deny me do to ~~me~~ Me being a short time here and my MGTV is for lesser Sec. and hasn't been taken. I been in the SHU now a little less then 3 months. I just want my paperwork to be in already even if I get denied so they can keep re-submitting it. I feel like there trying make my time drag out in the SHU. Everytime I try talking to Ms. Carmona she ~~star~~ walk off on me ~~or ignores~~ I shouldn't have to write this so people will do there JOB!. Have Copies

DATE _____    SIGNATURE OF REQUESTER _____

**Part B– RESPONSE**

one attachment

04/08/20

cn Carmona & Bryant

DATE _____    WARDEN OR REGIONAL DIRECTOR _____

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE _____    RECIPIENT'S SIGNATURE (STAFF MEMBER) _____

USP LVN    PRINTED ON RECYCLED PAPER    BP-229(13)
APRIL 1982

WITNESS Statement

I Sydney Colter witness Transport Russell and
91120-053 on march ... finish his GED class
and I was setting there 3 days later when
inmate Flores asked ... Mr Davison Mr Jones
Bryant when his parole work would be put
in the ... stated that I turned in ...
a couple of weeks so he ... get ...
then asked again the ... told ...
in the ... the ... about ...
nothing so the next ... they ...
asked ... they said I turned it in ...
... then only ... I ...
... asked ... they ... keep saying ...
it's being worked on and ... nothing
done in my opinion they ... it
be better to get the paper ...
and have ... 
So ... can be ... needed a ...
at the last ... the side is so ...
... the unit ... and also ...
should get the paper work ... so it
can run smoothly

This is a true statement
to the best of knowledge



*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Flores Jesus    71124-063    D-N/SHU    USP F.C.C. Petersburg
       **LAST NAME, FIRST, MIDDLE INITIAL**    **REG. NO.**    **UNIT**    **INSTITUTION**

**Part A– INMATE REQUEST** On or about 04/16/2020 at approximately 8:00PM to 1:00AM in Special housing unit. C/o Adams escorted me off C-range to small holding tank. C/o Adams started harrassing me talk to me about my Charge telling me I am a fucking child molester. Then saying I am the most gang Sex offender he seen trying to be funny. that I said enhancements because I touch young boys or girls also asked me which I like the most laughing about it and yelling it in the S.H.U. This I done in front of Lt. Faison, Lt. Anderson, c/o Byrd, C/o Bailey, C/o Johnson, C/o Panton, C/o Young, C/o doe and C/o doe. The one who laugh and it funny were C/o Byrd, C/o Bailey, C/o Adams, C/o Panton, Lt. Faison and Lt. Anderson. The Lt's did not stop C/o Adams from harrassing me. Added that I don't Comply and I get Sprayed down Mk-9 by Lt. Faison. I get dragged out of holding tank. The nurse cleans my eyes I close my eye's not to the hard Cell 134 on A-range the Cuffs were on so tight that they were cutting in to my wrist and bruised my arms and wrists bad. My Clothes were cut off of me using scissors. I was very complient to change out to my jumpsuit now all guilty naked. No left Cuffs right I asked for my asthma pump said you ok. I ask Lt. Faison for cuffs he says I don't need them. c/o's left the cuffs tight. Even my showers Shut off that I report 134. I break a window now three glass all over 134. Lt. Faison comes back only because I broke the window, Lt. Faison opens food slot and says Stand and come to door. I say I need shoes to walk on the Glass, Lt. Faison ask me if I was gonna comply I told him yes I will I need shoes to walk on the glass so I want get glass in my feet" Lt. Faison instead of giving me shoes he sprays me with MK-9 in the because I would Stand in glass (Continues on Attachment

04/20/2020      ONE ATTACHMENT      *Jesus Flores*
**DATE**                                  **SIGNATURE OF REQUESTER**

**Part B– RESPONSE**

_____

**DATE**                                  **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**      CASE NUMBER: _____

                                      CASE NUMBER: 1022582-F1

**Part C– RECEIPT**
Return to: _____
            **LAST NAME, FIRST, MIDDLE INITIAL**    **REG. NO.**    **UNIT**    **INSTITUTION**

SUBJECT: _____

5/27/20
**DATE**               ♻ PRINTED ON RECYCLED PAPER          **RECIPIENT'S SIGNATURE (STAFF MEMBER)**      BP–229(13)
                                                        APRIL 1982
USP LVN

① Attachment to Bp-229(13)                    04/30/2020

After I get mased they rush me and carry me out of 124. I am put in big holding tank in blind spot of camera no water to drink or clean myself. I am left there for a hour mase all over my body and gentials. My body is burning from the mase I ask Lt. Faison for a shower he tells me "I gotta wait for the Captain to give me a shower which is a lie. Another 30 minutes pass and Lt. Faison and Lt. Arrant come to holding tank and take me to A-range to shower. I ask for slippers to shower. I am told no by Lt. Faison for slippers. Then I had to beg Lt. Faison and Lt. Arrant both for slippers Lt Arrant quotes "why should I give you slippers do you think you deserve them. Like slippers are privalege to have. I am given slippers after explaining to both Lt's that every prisoner is entitled to slipper to shower. I am given no special soap to scrub the mase off my body and gentials. Also foreed to take a hot shower in 115° heated water. I asked Lt. Faison and Lt Arrant to please turn the water cold. They both stated they will not change the water cold. I state I should get a cold shower after being mased. Lt. Faison states do I want a shower or not. I wasn't able to shower due to the hot water (115°) Lt. Faison brings me two cone cups of cold water and says use this to shower. This is all I could do for you to shower with. I am given a sleeping blanket to dry off with instead of a towel. I am put in cell 101 my body ~~burning~~ skin and gentials burning. Left with no mattress to sleep with for 2 days until Lt Mcwilliams comes to serve me my incident report. Lt. Mcwilliams asked me "why dont I have a mattress"? I tell her "I was told I couldn't get one". Lt. Mcwilliams says "this matter wasn't sucidal", I say no, Lt says "even if it was you will still get a mattress. Lt. Mcwilliams then states she is gonna check the policy on the mattress. Lt Mcwilliams then comes with a mattress to give to me. Lt. Mcwilliams says I should of got a mattress no matter what. This matter should be taken serious I wrote two Bp-8 (1330.17)(1330.18) and never recieved neither one back to attach to my bp-9 (BP-229(13)). This incident was inhumane and violates my rights. I was harrassed and assaulted. My wrists are scarred for life and still hurt till this day

X: Jesus Flores #91128-053          Jesus Flores (Reg # 91128-053

CC (Sensitive)

(MED)

**From:** Flores, Jesus, F.     91128-053     D-N/S.H.U. Petersburg/FCC
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST** The reason I'm sending this to you in a Sensitive Remedy is because I fear retaliation from C/o Hawkins and Lt. Faison do to a ongoing negative incident ~~report~~. Please be aware I have sent other Bp-10's (Bp-230-03) to your office involving this continuing matter and Internal Affairs is also involved in these numerous ~~bad~~ incidents. On or about the date 06/25/2020 (25th) at approximately between 10:00AM to 2:00PM in Special housing area (S.H.U) B-range at Cell 139. C/o Hawkins comes to 139 Cell and rudely awakes me and my Celly banging on door telling us to wake up. I show signs of movements. My celly said he got up because of the loud banging. C/o Hawkins continues to bang harder even after he confirmed we were alive. As he leaves to serve the food at the end of the range he said "You fucking Clowns don't catch a welfare check" meaning (A write up/incident report). I said "write it up" C/o Hawkins states "I don't write shit up like you" This means he knows he has been written up. Seems like there is hate or madness about it. C/o Hawkins gets to the cell where I am at with the food and opens food slot to feed me and my Celly. Gives us in exact order shown on Camera Dinner, and lunch on Slot. I ask C/o Hawkins to please throw out the trash, the two Cup cakes are still on food slot. C/o Hawkins Shoves the two Cupcakes to the floor of 139 with force and said I aint taking nothing. Now this is done in front of Lt. Faison and two others who which I couldn't get there names. There is a Lt on range and he didn't say nothing after I said C/o Hawkins why did you throw out food on the floor. Lt. Faison walks off the range. C/o Hawkins comes back to pick up problems and make sure C/o's or inmates don't do wrong which he didn't. C/o Hawkins comes to pick up trash and he is looking for me again. I ask my Celly to throw out the garbage to avoid him. He thinks over my Celly as he see me writing on paper he quotes "I don't care Flores do what you do best testify and I said nothing to him. *→ Continues on Attachment* *→

06/27/2020     ONE Attachment !!     *Jesus Flores*
DATE     SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received

Mid Atlantic Regional Office

_____     _____
DATE     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**     CASE NUMBER: _____

     CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____     _____
DATE     RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN     PRINTED ON RECYCLED PAPER     BP–229(13)
APRIL 1982

Internal Affairs S.I.A. Norman has been involed on a previous incident with C/o Hawkins. Also Lt. Faison has been written up by me. Now these are people who shouldn't be around me do to Internal Affairs being involed and because they haved harrassed and Assaulted me. C/o Hawkins Continues to harrass me and Lt. Faison watched and didn't do nothing. Today Seemed planned to try to get me to act out. This is retalation How Can Internal Affairs be involed and C/o Hawkins and Lt. Faison Still work the Same place I'm housed. Where they both Continue to antagonize me. Please review Cameras this felt like a set up. Do to C/o Hawkins being mad that Internal Affairs is involed. Thank you for your time in advance.

Print: Jesus Flores #91128-053     Sign: Jesus Flores
                                              #91128-053

On or about the date 06/25/2020 at approximately between 10:00 AM to 2:00 PM in Special housing area (S.H.U.) B-range at cell 139. C/o Hawkins Comes to 139 Cell and rudely awakes me and my Celly banging on door telling us to wake up ☺. I show signs of movements. My Celly Said he set up because of the loud banging C/o Hawkins Continues to bang harder even after he confirmed we were alive. As he leaves to serve the food at the end of the range he Said "you fucking Clowns don't Catch a welfare Check" meaning (A write up Incident Report). I Said "write it up" C/o Hawkins States "I don't write shit up like you. So This means he know he has been written up. Seems like there is bad or madness about it. C/o Hawkins get to 139. cell. where I am at with food and opens food slot to feed me and my Celly (Jose Sanchez #46566-177) excluded. Gives us in exact order Shown on Camera Dinner, Lunch and then two Cupcakes after I taken the Dinner and lunch on Slot. I ask C/o Hawkins to please throw out the trash the two Cupcakes are still on food Slot. C/o Hawkins Shoves the two Cupcakes to the floor of 139 with force and Said I aint taking nothing. Now this is done in front of Lt. Faison and two other C/o's which I couldn't get there names. There is a Lt on range and he didn't Say nothing after I Said "C/o Hawkins why did you throw our food on the floor Lt. Faison walks off the range. Lt. Faison didn't care and he suppose to be a Lt to handle problems and make sure C/o's or inmates don't do wrong which he didn't. C/o Hawkins Comes back to pick up trash and he looking for me again I ask my Celly to throw out the garbage to avoid him. He looks over my Celly as he see me writing on paper he quotes "I don't Care Flores do what you do best testify and I Said nothing to him. Internal Affairs S.I.A Norman has been involed on previous incident with C/o Hawkins. Also Lt. Faison has been written up by me. Now these are people who shouldn't be around me do to Internal Affairs being involed. C/o Hawkins Continues to harrass me and Lt. Faison watched and didn't do nothing. Today seemed planned to try to get me to act out. This is retaliation. How Can Internal Affairs being involed and C/o Hawkins and Lt. Faison still work ite Same place I'm housed. where they both Continue to Antagonize me. Please review Cameras this felt like a set up. Do to C/o Hawkins Please being mad that Internal Affairs is involed

Jesus J Lewis 7/1/20

Starks

The reason I'm sending this to you in a Sensitive remedy is because I fear retalation from C/o Hawkins and Lt. Faison do to a ongoing negative incident. Please be aware I have sent other Bp-10's (Bp-230 (13)) to your office involving this continuing matter and internal affairs is also involed in these numerous incidents.

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.* (MED)

From: **Flores, Jesus F**    **91128-053**    **D-N/S.H.U**    **F.C.C. Petersburg**

    LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** While housed in the S.H.U. on 07/13/2020 at approximately 12:00 PM Captain Del Valle Jr Came to my assigned Cell B-range Cell 130 gave me and my Bunky a order to Cuff up. We Both Complied. The Cell door was then opened and Capt del valle Jr instructed me and my bunky to Sit down Capt del valle Jr the Searched the Cell by himself while C/o doctch resigned by the door During the Cell Cleared At that time it. Folsom Says "del ville you have a phone Call up front order to forth remains at the door and c/o Adams Comes into the bunk area. I said "Please Call Capt del valle and I will go up front." C/o Adams Says "no your going up front." I say I don't go but please call del valle first back to me and c/o Adams Says "del valle you are either going willing or I'm gonna drag you!" I said "Please Call del valle" While sitting at the desk c/o Adams Charges to me in a aggressive manner and grabs my right bicep and pulls on me. I try to pull back. He then Snatches me up and pushes me toward the bunk. I tried to shield myself because c/o Adams Swing's me around with all his weight. He then uses excessive force with his Shoulder to Slam into me Causing my back to Slam into the ladder on the bunk. (Continues on Attachments)

**07/21/2020**    (5) Attachments      *Jesus Flores*

    DATE                       SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received

JUL 77 2020

Mid-Atlantic Regional Office

_____             _____

    DATE                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**            CASE NUMBER: _____

                                              CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

_____             _____

    DATE                      RECIPIENT'S SIGNATURE (STAFF MEMBER)

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Flores Jesus F          91128-053     D-N/S.HU.     F.C.C (MCN)
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    Petersburg, V.A.
                                                              INSTITUTION

**Part A - REASON FOR APPEAL** ON 07/30/2020 my Bp-230 (13) was denied by the Mid Atlantic Region. However days later I recieved part-B response. It took twelve days when I sent it to reach regional Program statement (3420.11) It says standards of employee conduct. Staff Misconduct is viewed very seriously. At what level does account, document these things already fall under. The allege incidents are FACTS. The photos taken after being assaulted prove this incident is not allege but true. **Continous assault,** Harassment, and threats my c/o's and Lt's. I also have seen other inmates to warden, regional, and central office in which I have recieved no relief or immediate transfer. Being shot at administrative remedy that I file was denied including the constitut was taken from me during assault was. Here are various case numbers denials 1006180-R1, 1014428-F1, 1014431-F1, 1014321-F1, 1016211-F1, 1016911-A1, 1010312-R1, 1010312-A1 and 1022582-A1. These incidents have recieved untransferred until the facility and region tends to reject, deny and lock the other way for the sake of staff members. Those who have abused there position of should be brought against staff members in above case numbers. Those who have abused there power to continue to do what was done to all with authority are people who shouldn't have this power to continue to do what was done to all with no repercussions. In recent incidents on 07/13/2020 I was choked by Lt Adams while hand cuffed behind my back. Another most recent incident on 08/14/2020 involving M. Hofman who has c/o in this facility in the S.H.0 but also in general pop. he failed to protect Me from assault. This doesn't just isn't happing in the Ufo about it. Also I will like a cease and ------ order/Immediate transfer for my safety from the constant assault, asking for charges to be filed per Program Statement (3420.11) and compensation due to constant assault Harassment, threats and retaliation in form of incident reports physical and verbal abuse which cause Pain and Suffering

08/21/2020        ⑤ Attachments        Jesus Flores
DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
SEP 08 2020
Administrative Remedy Section
Federal Bureau of Prisons

_____          _____
DATE                             GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE       CASE NUMBER: 1022582-A1

**Part C - RECEIPT**
                                 CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____          _____
DATE                             SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN        PRINTED ON RECYCLED PAPER        BP-231(13)
                                                JUNE 2002

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.* (M&D)

From: Flores, Jesus, F     91128-053     D-N/S.H.U.     Petersburg F.C.C.
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST** While housed in the S.H.U. on 07/13/2020 at approximately 12:00 PM to 9:30 PM Captain Del Valle Jr came to my assigned Cell B-range Cell 130 gave me and my bunky a order to cuff up, we both complied. The cell door was then opened and Capt del valle Jr instructed me and my Bunky to sit down. Capt del valle Jr then ~~Began~~ Searched the cell by himself while C/o dortch remained by the door. During the cell Search C/o Adams comes to cell 130. Shortly after this Capt del valle Jr announces Search Cleared. At ~~that~~ that time Lt Folson says "Del Valle you have a phone call up front while C/o dortch remains at the door and C/o Adams comes into cell and Says to me and my bunky "they want you in the holding tank up front". I said "please call capt del valle Jr and I will go up front. "C/o Adams "No your going up front". I say "I will go but please call capt del valle Jr first back to my cell" C/o Adams says "del valle is gone So you are either going willingly or I'm gonna drag you" I said "Please call del valle", while sitting at the desk C/o Adams charges to me in a aggresive manner and grabs my right bicep and pulls on me. I try to pull back the snatches me up and pushes my ~~back~~ back to the bunk, I tried to stable myself because C/o Adams is swinging me around with all his weight. He then uses excessive force with his shoulder to slam into me causing my back to slam into the ladder on the bunk.
                 (Continues on Attachments)

~~●~~ 09/09/2020    ④ Attachments          *Jesus Flores*
DATE                                SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____          _____
DATE                               WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: 1046843-F1

                                CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____
September 15, 2020
DATE                            RECIPIENT'S SIGNATURE (STAFF MEMBER)

UISP 1 VN      ♻ PRINTED ON RECYCLED PAPER               BP-229(13)
                                                     APRIL 1982



C/o Adams begins to choke me with both hands to the front of my neck. Restricting my breathing almost causing me to pass out. Out of fear of my life I slipped the cuff from my left hand in order to protect myself as well as I pushed C/o Adams hands away from my neck. At this time C/o dortch moved from the cell door to the bunk to help secure me. At this time I hear "body alarm, body alarm B-range and about 10 C/o's come to my cell. I was then slammed to the floor with one hand cuffed and multiple C/o's begin to kick, punch and pile on top of me. C/o Duncan who was in full riot gear was directly laying on top of me and he had me in a full choke hold (forarm and bicep around my neck). I felt he was using way to much force, I felt he was trying to pop my head off. With the amount of C/o's abusing me, laying on top of me, and being choked to a point where I could not breath or even yell for help, I did the only thing I could do which was lay there. I was then cuffed hands and legs and I was picked up then pushed from my cell 130 to cell 143 door where I was slammed into face first as B-range Camera will show. I was cuffed so I could not protect myself. I was then grab by both arms in a aggressive manner. I was pulled down the hallway. My jumpsuit was around my ankles so I was not able to walk. Some C/o's were trying to pull them off my ankles even though my legs were still cuffed, At the same time I was being pulled down the hall by others. I was being yell at "to walk, walk, come on walk, But I said I can't my jumpsuit is coming off" Then C/o's step on my jumpsuit causing me to trip and fall on my knees, chest, and face. If the C/o's had a hold of me while being dragged down the hallway then why did they let me fall. As I was on the floor C/o duncan fell on top of me. I was then quickly pick up and dragged hands and legs still cuffed, jumpsuit around my legs down the remainder of the hall. When I reach Sallyport Some C/o's were pulling me to the holding cell while others were pulling me to A-range. They finally decide to put me in the A-range Shower next to cell 124. I was thrown on the floor of the shower then picked back up. I was then slammed into the dirty shower wall with force by multiple C/o's, who held me there for about 10 minutes. The whole time I was in the shower no one bothered to fix my jumpsuit or adjust the cuffs or shackles. I was then drug back to Sallyport/elevator area. At that time I noticed their was a camera on the wall. I was placed in a regular plastic chair and



I notice c/o Bryant and c/o dortch coming into my view from the direction of the S.H.U. LT. Office. They both seem to be sharing one Camcorder in duty of working it. I was then pick up out of the Chair by multiple c/o's who then lay me on the floor on my back These c/o's that held me on the floor and were dripping sweat into my face and multiple cuts and brusies I had. I kept telling them about the pain I was having in my wrists and legs only to be told "shut the fuck up deal with it". I was also telling the c/o's that they were hurting me because they kept cuffing and uncuffing using Multiple Cuffs and leg Shackles putting them on and off as hard as they could. This Cuffing and uncuffing was very painful and Caused me to have multiple brusies on my wrists, Stomach, waist, ankles, knees, and back. Some time during the 4/o's Cuffing and uncuffing my wrists I felt a sharp pain from my wrist being bent by 4/o Duncan. This caused my right thumb to go numb. During the multiple times of the 4/o's cuffing and uncuffing my clothing was cut off everything except my boxers. I felt embrassed and I felt that this was wrong. My rights were again Violated by being degraded in a open area. When they were cutting my clothing off my body I felt scared because I knew Staff were acting in a aggressive manner I had just been choked what was stopping them from cutting me I felt nothing. c/o's then put a paper suit on me and resecured the cuffs and Shackles. I was then forcefully walked to hard cell 124 A-range were I was order to lay on my back on a Concrete Slab. I was brought a mattress that was dragged to the cell from down A range. It was not cleaned in my view at any point from staff dragging it into the cell to me being order to lay on it. At this time Six (6) 4/o's and one Lt (Danels) came to bunk area where I was laying and begun using two blue and two Green leather like Straps around my wrist and ankles which were then secure to four iron rods which were made into the Concrete bunk. I was Secure so tightly that my wrists and legs became brusied and swollen I was left in the Straps secured to the iron rods for about 4 to 5 hours. I kept telling anyone who could hear me "I need to use the bathroom and I need to see medical for my injuryes. Sometime during the 4 to 5 hours medical Staff Mr. fish came into the cell and looked at my body which was Still Straped to the bunk. He barely touch my wrists or ankles to see if I was hurt or inwered he could not even See. it because they

Bp - 229 (13)    Attachments

Were covered by the straps. At 5:10 PM I was released from the Bunk by Lt. Faison and C/O Coleman he then puts on leg shackles on my ankles and puts a waist chain very tightly. This left Scars and bruises on my waist. He secured my hands using cuffs and a black transport box to the waist chain. This was all very tight. I ask Lt Faison about my paper work in my old cell he said very quietly "I dont give a fuck about your paper-work go fuck yourself." Finally I was allowed to use the bathroom. Due to me not being able to move my hands I felt I was not safe. I could have hurt myself. At 7:10 PM Lt. Sweeting and C/O Coleman come into the cell and release me from the leg shackles. Lt. Sweeting asked what was going on I told him everything that was going on and he said it isn't right. I remained in the cell until about 9:00 PM at which time Lt Sweeting and C/O Coleman returned to release me from the remaining restraints. I was then escorted by Lt. Sweeting and another C/O back to cell 130 on B-range. I was given nothing except a paper suit and a Suicide blanket. I had no mattress, and no other issue of anything. I remained without a mattress for 3 nights and 4 days until I asked Lt Faison about policy on mattresses. He said "the warden and I spoke about it that I wasn't able to have a mattress at all for 10 days and if I didn't like it write it up. I asked warden Andrews on thursday the same day I spoke to Lt. Faison and he said he will speak to Lt. Faison. I feel this event was planned and is against my rights as a prisoner. This is Cruel and unusally punishment. I believe this violates my basic human rights. I also feel the reason staff keep abusing me is because I keep using my rights to file administrative remedy against the C/o's who continue to treat me inhumanely. The solution that I'm asking for is to be immediately TRANSFER because I fear for my safety from the C/o's on this compound.

X: Jesus Flores          Sign: Jesus Flores
# 91128-053              # 91128-053

July 13, 2020
Monday @ 12:15pm
S.H.U.

. TO Who It may Concern:

    I Michael Maxie #93490-083 was a witness for Jesus Flores #91128-063 when officer Adam, and officer Dortch approached B-Range cell 130 after S.I.S. officer Del Valle Jr. had just cleared search but officer Adams wanted to _____ to re search Jesus Flores #91128-063 cell but Mr. Flores asked for what reason if the search was cleared. officer Adams used extreme force while Mr. Flores was in restraints when _____ inmate then officer Dortch used _____ speed to assist officer Adams to restrain Mr. Flores but Mr. Flores never resisted arrest since he was already handcuffed in the back. Officer Adam literally used both his hands to choke out Mr. Flores then officer Dortch took Mr. Flores arm in a _____ forcefully while Mr. Flores was _____ restraint. Officer Dortch then called back up to assist them which then turned to approximately 15 to 20 different officers that started to attack Mr. Flores by kicking him, Kneeing him, Punching him _____ _____ giving Mr. Flores no choice _____ _____. At the time both time I Michael Maxie #93490-083 was in cell 131 across from cell 130 which Mr. Flores was in when all this _____ _____ Monday July 13, 2020. It approximately ended 6:15pm on Monday July 13, 2020! There was no camera _____ of this _____ _____ there is camera in the hallway right above our cells (B30+B31). Mr. Flores didn't return back to his cell until 7:51pm that night on Monday July 13, 2020 with multiple bruises on _____ _____ _____ _____ _____ including right arm and even a _____ _____ _____. On Tuesday July 14, 2020 @ 7:55AM they came to take pictures of Mr. Flores and I Michael Maxie #93490-083 asked them why was _____ a day late since 7-13-2020 when all _____ happened _____ and _____ _____ to _____ _____ _____.
I Michael Maxie witnessed _____ _____ on _____ Mr. Flores!

X M. _____ #93490-083

The reason why I feel this is of a sensitive nature, is because I Continue to recieve abuse from S.H.U. Staff at this institution. I have sent many remedy's thru the various level's of administrative but have not recieved a reponse and its been past 30 day and I haven't recieved a letter of extension. It has come to the point now that I fear for my life, from the same people who are hired to protect me, So I am asking because of this incident I am asking that you grant my request for immediate transfer.

Respectfully,

Jesus Flores
91128-053

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*     (MED)

**From:** Flores, Jesus, F       91127-053       U-N/S.H.U       Petersburg, I.C.C.
_____LAST NAME, FIRST, MIDDLE INITIAL_____ / ____REG. NO.____ / ____UNIT____ / ____INSTITUTION____

**Part A– INMATE REQUEST** On or about 09/05/2020 at approximately 1:00 goo am I ask Mrs.
Walker to talk to her which she is my Case Manager she wouldn't talk to me. I
have written a Bp-8 on conflict of interest with her. When she walked down D range and
came back up I ask again to speak to her. she said No do you have a cop-out for me I told
her if you hate me so much why are you still my Case Manager. She quotes somebody
need to kill you your a sex offender I tell her I still going home you can't stop me
~~killing me~~ she states your mother should of shallowed you and you are not
because you failured to register as sex offender on D-range which is highly illegal
to do, to tell other people my charge. Now if this isn't a Conflict of interest
then what is? Now Someone who has the power to ship me to a other spot
is try to get me killed because she hates me and will do anything in there
with to keep me in prison and make my life miserable. I would will
like another case manager who is not going remind professional Thank you instead of
a case manager who places

_____ A bulleye on my back for other inmates
DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                 _____
DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: _____

                                                  CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                 _____
DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN        PRINTED ON RECYCLED PAPER                    BP-229(13)
                                                            APRIL 1982

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.* (MED) F.C.C.

**From:** FIORES , Jesus , F    91128-053    D-N/S.H.U.    Petersburg, V.A.
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** ON or about the date 10/8/2020 at approximately between 4:00 PM 9:00 PM J. Murry (Correctional officer) refuse to get my mail for 2 days, And told me I was a Child molester and Chemo (Child molester) told me I was sick and need help that I rape little Kids in front of L. Byrd and C. young harassing me telling me Continous the Same thing on D-range S.H.U In front of other inmates which is illegal and also puts me in danger. Everytime he did his round he Continue to harass me. And Stop at 225. Also told me that's why C/O Adams beat me up and that people in the S.H.U. Wanna beat he Cant wait till I Come Out the Cell. Harassing and threating. Is this gonna get dealt with when I get assault or now.

10/08/2020
DATE

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE                                                            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: 1052845-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

October 19, 2020
DATE                                                            RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                    PRINTED ON RECYCLED PAPER            BP-229(13)
APRIL 1982

Jesus F. Flores
24 HAven Avenue
Valley Stream, NY 11580



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**

7022 0410 0003 1912 6211





U.S. POSTAGE PAID
PM 1-Day
VALLEY STREAM, NY
11580
MAR 24 22
AMOUNT
**$16.05**
R2305K140202-23

1020    11722

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
ATTN: PRO SE Office