FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 28 2022 ★

LONG ISLAND OFFICE

Page 16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jesus F. Flores
                                    Plaintiff
        - v. -
Lt. Faison, C/o. Adams, C/o. Hawkins
C/o. Duncan, Lt. Arrant
                                    Defendant(s)

**CV-22 1358**

REQUEST TO PROCEED
IN FORMA PAUPERIS

AZRACK, J.

SHIELDS, M.J.

I, __Jesus F. Flores__, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    __N/A__

2. If you are **NOT PRESENTLY EMPLOYED**:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    __2016 - 2016  $8.25  only worked one week__

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received. Amount: $5,000.00 estimate
    ☒ Yes  Harmon, Linder, and Rowsky Attorneys at law

    a) Are you receiving any public benefits?        ☒ No  ☐ Yes, $____
    b) Do you receive any income from any other source?  ☒ No  ☐ Yes, $____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

    __No__

Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No   ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

    N/A    None

7. Do you pay for rent or for a mortgage? If so, how much each month?

    NO

8. State any special financial circumstances which the Court should consider.

    N/A

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 2/16/22                    Jesus J. Flores
                                  (signature)

Rev. 7/2002

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 28 2022 ★
LONG ISLAND OFFICE

Jesus F. Flores
*Plaintiff/Petitioner*
v.
Lt. Faison, C/o Adams, C/o Hawkins, C/o Duncan, Lt. Arrant
*Defendant/Respondent*

Civil Action No. CV-22 1358

AZRACK, J.
SHIELDS, M.J.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: S.C.C.F 110 Center drive, River head, NY, 11901
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 0.00, and my take-home pay or wages are: $ 0.00 per
*(specify pay period)* Yearly

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☑ No
(b) Rent payments, interest, or dividends ☐ Yes ☑ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☑ No
(d) Disability, or worker's compensation payments ☐ Yes ☑ No
(e) Gifts, or inheritances ☐ Yes ☑ No
(f) Any other sources ☐ Yes ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: N/A

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 2/16/22

*Jesus F. Flores*
Applicant's signature

Jesus F. Flores
Printed name