UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

**Brenna B. Mahoney**
Clerk of Court

**Michael Kramer**
Chief Deputy, Central Islip



Theodore Roosevelt Federal Courthouse
**Emanuel Cellar Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

**Alfonse D'Amato Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6030

## NOTICE OF DEFICIENCY

April 1, 2022

Jesus F. Flores (#768-026/91128-053)
Suffolk County Correctional Facility
110 Center Drive
Riverhead, NY 11901

CV-22 1358

AZRACK, J.

SHIELDS, M.J.

RE: Civil Rights Complaint

Dear Mr. Flores:

The Clerk's Office received your **Civil Rights** complaint and **in forma pauperis (IFP)** application and a docket number has been assigned to your submission. The papers are deficient as you must also complete the Prisoner Authorization (PLRA) form along with the IFP application. <u>A PLRA form is enclosed.</u>

If you decide to proceed with your action you must return the enclosed papers **WITHIN 14 DAYS FROM THE DATE OF THIS NOTICE**. If you do not comply, your case will not proceed and may be dismissed for failure to prosecute.

Sincerely,

Brenna B. Mahoney
Clerk of Court

Enc.

CM 4/1/22