# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Brenna B. Mahoney**
Clerk of Court

**August Marziliano**
Chief Deputy, Brooklyn

**Michael Kramer**
Chief Deputy, Central Islip



Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6030

DATE: April 7, 2022
TO: Jesus F. Flores (#768026)
FROM: Pro Se Office, Central Islip, NY
RE: 22-CV-1358(JMA)(AYS), Flores v. Faison et. al

THIS LETTER ACKNOWLEDGES RECEIPT OF YOUR CIVIL ACTION(S). DOCKET NUMBER(S) AND JUDGE(S) HAVE BEEN ASSIGNED AS INDICATED ABOVE. PLEASE BE ADVISED OF THE FOLLOWING:

- It is your duty to prosecute your case and to keep this office informed of a current mailing address. All Address changes must be submitted in writing. Failure to provide a current mailing address may result in your case being dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).
- If you paid the filing fee for a civil complaint, it is your responsibility to serve the summons and complaint upon the defendant(s) pursuant to Fed. R. Civ. P. 4. Instructions and forms for service are available on our website and at the Pro Se Office.
- It is your responsibility to ensure that documents filed with the Court comply with the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of New York, and the Judges' Individual Practice Rules. The Rules are available in any local library and/or on our website.
- Documents submitted for filing should be <u>unbound</u> originals and must contain your **signature, case number, name of case and assigned judge(s).**
- Documents submitted for filing shall not include personal information i.e. social security number, birth date, name of minor children, financial account number, etc. pursuant to Fed. R. Civ. P. 5.2(a).
- You **MUST** serve all papers filed with the Court on opposing counsel and an affidavit or affirmation of service must be included with all documents filed with the Court.
- All documents for filing should be directed to the **Pro Se Office**. **DO NOT** direct filings to chambers unless explicitly directed to do so by your judge. Fax and email submissions are not permissible.
- To the extent possible, you are strongly encouraged to (1) utilize the instructions and forms on our website for assistance litigating your case; (2) sign up for electronic notification of filings (see below); and (3) register at www.pacer.gov to view activity of your case from a home computer.
- If you are not incarcerated and have access to a computer, you may receive electronic notification of filings in lieu of a mailed hard copy by submitting the enclosed consent form.
- A Rule 73 Notice and form are also enclosed. Please read the instructions carefully. **DO NOT** return this form to the Court unless and until all plaintiffs and all defendants have signed the consent form. See Fed. R. Civ. P. 73.

If you have any questions or require further assistance, please visit our website or write the Pro Se Office at the address above, or call at (631)712-6060.

Pro Se Office
By:/s/J.Grady

Copy mailed to litigant